**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LARRY CARL DIXON,** | : | |
| **AIS 138238,** | | |
| | : | |
| **Petitioner,** | | |
| | : | |
| **vs.** | | **CA 07-0518-KD-C** |
| | : | |
| **CHERYL PRICE,** | | |
| | : | |
| **Respondent.** | | |

**ORDER**

This matter is before the court on the petitioner's objection to the Magistrate Judge's report and recommendation.  The petitioner mistakenly asserts that there is no time bar to the federal habeas proceedings when the issue relates to a defective indictment.  However, as explained by the Magistrate Judge, absent extraordinary circumstances, there is a one year statute of limitations for federal habeas petitions.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 6, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of April, 2008.

 s/ Kristi K. DuBose   
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**